SEALED

Unsealed 10-10-12 -φ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

FILED
SEP 1 2 2012
David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| MARIA JIMENEZ | § | C-12- 741 |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about October 3, 2007, to on or about April 5, 2010, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

MARIA JIMENEZ,

with the intent to defraud, did falsely make and forge on Treasury checks of the United States, the endorsement of "Lewis D. Stone," the said checks with the falsely made and forged endorsement having an aggregate face value exceeding one thousand dollars ($1,000).

In violation of Title 18, United States Code, Section 510(a)(1).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JEFFREY D. PRESTON
Assistant United States Attorney