SEALED
Unsealed 10-10-12

| U.S. Department of Justice | Criminal Docket | |
|---|---|---|
| Washington, D.C. | Presented in Corpus Christi | |

CR. No. _____ -cp

C-12- 741

<u>CORPUS CHRISTI</u>   Division

File:

<u>INDICTMENT</u>       Filed: <u>September 12, 2012</u>     Judge:_____

County: Jim Wells

LIONS #: 2011R14064                 Attorneys:           **JUDGE JOHN D. RAINEY**

United States of America

v.                         KENNETH MAGIDSON, U.S. ATTORNEY
                           JEFFREY D. PRESTON, ASST. U.S. ATTORNEY
                           GRAND JURY ACTION      APP'D   RET

MARIA JIMENEZ                        PLEASE INITIAL

TRUE BILL: _____

NO BILL: _____

| Charge(s): | Ct. 1: Did with the intent to defraud, falsely make and forge on Treasury checks of the United States the endorsement of another with an aggregate value in excess of $1,000: 18 USC 510(a)(1). |
|---|---|
| Total Counts (1) | |
| Penalty: | Ct. 1: Not more than 10 years imprisonment, or a fine of not more than $250,000, or both; not more than 3 years SRT; and, a $100 Special Assessment. |
| In Jail: | |
| On Bond: | |
| No Arrest: | XXX |