*Unsealed 10-10-12*

# SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

Clerk, U.S. District Court
Southern District of Texas
FILED

SEP 1 2 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| MARIA JIMENEZ | § | **C-12- 741** |

## GOVERNMENT'S MOTION FOR ISSUANCE OF ARREST WARRANT

COMES NOW the United States of America through Kenneth Magidson, United States Attorney in and for the Southern District of Texas, and respectfully requests the Honorable Court to issue a warrant for the arrest of MARIA JIMENEZ, pursuant to an Indictment filed on September 12, 2012.  The Government recommends a $10,000 unsecured bond with a $500 cash deposit.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
JEFFREY D. PRESTON
Assistant United States Attorney