

Unsealed 10-10-12

~~SEALED~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| MARIA JIMENEZ | § § | C-12-741 |

### ORDER FOR ISSUANCE OF ARREST WARRANT AND SETTING AMOUNT OF BAIL

It appearing to the Court that an Indictment has been filed against the defendant listed below, it is hereby ORDERED that a warrant be issued for the arrest of said defendant.

| Defendant | Amount of Bail |
|---|---|
| MARIA JIMENEZ | $10,000 unsecured bond with a $500 cash deposit |

SIGNED this 12th day of September, 2012.

_____
UNITED STATES MAGISTRATE JUDGE